UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------------------------x
BRUCE DEL TURCO, et al.,

FILED
IN CLERK'S OFFICE
U.S. DISTRICT COURT, E.D.N.Y.
★ JUN 23 2006 ★
BROOKLYN OFFICE

ORDER
03 CV 5538 (NG)(KAM)

                        Plaintiffs,
    - against -

CARRARA CONTRACTORS, INC., and
ALPHONSE DIDONATO,
                        Defendant.
-----------------------------------------------------------------------x

GERSHON, United States District Judge:

The Report and Recommendation of Magistrate Judge Kiyo A. Matsumoto, dated April 10, 2006, to which no objections have been filed, is hereby adopted in its entirety. Plaintiffs' application for damages is granted insofar as plaintiffs are awarded $5,355.00 in attorneys' fees and costs with respect to work performed up to March 24, 2005. All other aspects of plaintiffs' motion are denied with prejudice. The Clerk of Court is directed to enter judgment in accordance with this order.

                        SO ORDERED.

                        /s/ Nina Gershon
                        NINA GERSHON
                        United States District Judge

Dated: Brooklyn, New York
       June 16, 2006